## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6543 | **DATE** | 2/19/2003 |
| **CASE TITLE** | Manufacturers and Traders Trust vs. Barbara Linzy | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing held.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The Court finding (A) that the defendant was properly served with the complaint (and had actual notice of same), and (B) that the defendant received *inter alia* proper notice of the actual sale and motion to approve same. Enter report and recommendation recommending that the petition to vacate order approving report of sale and distribution and order for possession be denied. The court also recommends that the defendant's motion for emergency extension of eviction be denied, the court finding that 1) the court has no jurisdiction as the motion was filed by a non-party, 2) the motion is conclusory not setting forth legal or factual grounds and 3) the motion was not properly served.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | 4 number of notices | |
| ✓ | Notices mailed by judge's staff. | FEB 20 2003 date docketed | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 2/19/2003 date mailed notice | |
| SM courtroom deputy's initials | | 00 FEB 19 PM 5:07 Date/time received in central Clerk's Office | SM6 mailing deputy initials |

# ORDER

Any objections to this report and recommendation must be filed with the Clerk of Court within 10 (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appear the Magistrate Judge's report and recommendation. See FED. R. CIV. P. 72 (B); 28 U.S.C. 636(B)(1)(B); LORENTZEN v. ANDERSON PEST/CONTROL, 64 F.3D 327, 329 (7th CIR. 1995); THE PROVIDENT BANK v. MANOR STELL CORP., 882 F 2D 258 (7th CIR. 1989)